# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** GORDON MILLER                                                    **Docket No.** 3:02CR00229(EBB)
a/k/a "Shacara Miller"

## PETITION ON PROBATION AND SUPERVISED RELEASE

      **COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Gordon Miller, who was sentenced to 30 months' incarceration for a violation of 18 U.S.C. § 1341, Mail Fraud, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, sitting in the court at New Haven, Connecticut on October 22, 2003, who fixed the period of supervision at 3 years which commenced on May 20, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:  1) The defendant shall participate in a substance abuse treatment program, either in or outpatient as directed by the United States Probation Office (USPO) which shall include random urinalysis; 2) The defendant shall participate in a mental health treatment program, either in or outpatient as directed by the USPO. The defendant shall pay some or all of the costs of any treatment as determined appropriate by the USPO; 3) The defendant shall pay restitution in the total amount of $112,292.00 to the following victims: Telecheck Services in the amount of $104,806; Equifax in the amount of $3,500; People's Bank in the amount of $3,986.  The defendant shall pay restitution at a rate of $50 per month, which can be adjusted if the defendant's financial situation changes; 4) The defendant shall provide the USPO with any financial information as requested and defendant shall not incur any new credit charges or open any new lines of credit without prior approval of the USPO.  Supervision is scheduled to expire on May 17, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Condition Violated

Mandatory Condition and Standard Condition: "You shall not commit a federal, state, or local crime. You shall not illegally possess a controlled substance."

On August 26, 2006, members of the New Haven Police Department arrested and charged Mr. Shacara McInnis Miller with Robbery 2nd Degree, Larceny 2nd Degree, and Unlawful Restraint.  Mr. McInnis Miller was arraigned in New Haven Superior Court on the same day and was released on a $55,000 surety bond.  This matter remains pending with a court date of June 12, 2007.

On February 4, 2007, the defendant was arrested, under docket number N23N-CR07-00644653, and charged with Larceny 6th Degree, Credit Card Fraud (2 counts), and Forgery 3rd Degree, with an occurrence date of September 23, 2006.  Under docket number N23N-CR07-0064665, Mr. Miller was charged with Threatening 2nd Degree and Breach of Peace, which occurred on October 26, 2006.  Under docket number N23N-CR07-0064667, the defendant was charged with Assault 2nd Degree, Breach of Peace and Threatening 2nd Degree, with an occurrence and arrest date of February 4, 2007.  All arrests were made by New Haven Police Department and all charges remain pending.  Mr. Miller was released on a $2,500 bond.

### SEE ATTACHMENT FOR ADDITIONAL CONDITIONS VIOLATED

      **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Gordon Miller to appear before this court at New Haven, Connecticut on ___June 13 2007___ at ___9: 30___ a.m./~~p.m.~~ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this ___30 rt___
day of ___May___, 2007 and ordered filed and made
a part of the records in the above case.

_____
The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By

___Vicki M. Stackpole___
Vicki M. Stackpole
United States Probation Officer

Place New Haven, Connecticut

Date ___May 30, 2007___

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this___30 rt___ day of May 2007, at New Haven, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Ellen Bree Burns
Senior United States District Judge

**Charge No. 2 - Condition Violated**
Standard Condition: "You shall report to the probation office within the first five days of each month and submit a truthful and complete written report."

Gordon Miller has failed to report to the office the first Tuesday of each month since October 3, 2006.

**Charge No. 3 - Condition Violated**
Speical Condition: "The defendant shall pay restitution in the total amount of $112,292.00 to the following victims: Telecheck Services in the amount of $104,806; Equifax in the amount of $3,500; People's Bank in the amount of $3,986. The defendant shall pay restitution at a rate of $50 per month, which can be adjusted if the defendant's financial situation changes."

Gordon Miller has failed to pay restitution in the amount of $50 per month since October 2006. The current outstanding balance of restitution is $110,521.74.